IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCO PERALES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1791 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Defendant | § | |

## FINAL JUDGMENT

This court entered a memorandum and opinion on August 11, 2014 dismissing this action but allowing the plaintiff, Marco Perales, until August 29, 2014 to amend his complaint. The court admonished Perales that failure to do so may lead to dismissal. No amended complaint has been filed. This civil action is DISMISSED with prejudice.

This is a final judgment.

SIGNED on September 19, 2014, at Houston, Texas.

                                                                             _____
                                                                             Lee H. Rosenthal
                                                                             United States District Judge